① Back side → January 22nd, 2024
Monday

24-C-0096

① PeopleReady Temp Agency #2
6759 West Greenfield Avenue
414-466-5656
West Allis, WI 53214

② Elite Staffing    Last worked 12-15-2023
3235 W Lincoln Avenue,  not working
Milwaukee, WI 53215    for them
414-436-1110           Last worked 01-9-24

③ Staffing Partners
3476 South 13th Street (13th & Morgan Avenue)
414-431-9052   Contact: Liz
Last worked 12-27-2023  December Month last
Year 2023

St. Francis Office
4051 South Iowa Avenue
414-441-0440

④ QPS Employment Group
Milwaukee Branch
822 West Mitchell Street    Not there anymore
Milwaukee WI 53204
414-389-5000
FAX# 262-314-8444   Last time worked 10-2023 month and year

② 01-22-2024
MONDAY

2:08-3-45

Also with temp services jobs are not there always now with staffing partners low no work, people ready no job assignment in yet slow season for working.

Thank you very much,
Willie Ray Bounds

If any questions call me
414-313-2499 OR
414-982-0707

U.S. District Court Wisconsin Eastern
JAN 24 2024
FILED
Clerk of Court

Case 2:24-cv-00096-PP    Filed 01/24/24    Page 2 of 2    Document 1