UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WILLIE RAY BOUNDS,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 24-cv-96-pp

PEOPLE READY TEMP AGENCY,
ELITE STAFFING, STAFFING PARTNERS
and QPS EMPLOYMENT GROUP,

    Defendants.

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** for failure to state a claim on which the federal court can grant relief.

    **THE COURT ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 27th day of February, 2024.

    BY THE COURT:

    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    GINA M. COLLETTI
    Clerk of Court

    s/ *Cary Biskupic*
    (by) Deputy Clerk